# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

In re:                                    ) SECTION 347 (a) UNCLAIMED
                                          ) PROPERTY REPORT
    Various debtors--                    )
    See attached listing                 )
_____)

    Pursuant to Section 347(a) of the Bankruptcy Code and Rules of Bankruptcy Procedure 3010 and 3011, the undersigned Trustee hereby reports on the attached listing the names and addresses of the persons and amounts, which they are entitled to be paid from remaining property of the estate.

    Unclaimed funds in the amount of **$2791.01** to the above-entitled Court.

Dated this 23d day of February, 2023.

                                                   Michael G. Malaier,
                                                   Chapter 13 Trustee
                                                   WSBA #34729

Section 347(a)
Unclaimed Property Report

| Case Number | Debtor 1 | Debtor 2 | Creditor | Check # | Amount |
|---|---|---|---|---|---|
| 2041125 | Michelle L Jensen | Brandon M Jensen | Trustee Claim #32<br>HEALTH SERVICES ASSET MANAGEMENT<br>PO BOX 34501<br>SEATTLE WA 98124 | 731872 | $2791.01 |
| | | | Total: | | $2,791.01 |